In the Supreme Court, my name is Deidre Wolkin. I am the Justice of the Supreme Court. I will stand with the adjuncts to the oath of the R.U.H. on behalf of the Republicans. I offer two things to you, sir. The first thing, please. I'm sorry. The United States versus Spain. This court voted on the all-in-all laws of civil cases, holding the F.B. officers to a duty to intervene while the federal officers violated the constitutional rights of others. From the beginning, Russia was one hundred percent assertive, and Russia did not want to intervene. So today, all of these F.B. officers are with us now trying to do what the Republicans need to intervene. The first thing, you asked me to talk about this, the adjuncts. Go ahead. Thank you, Your Honor. Your Honor, the Constitutional Constitution, just like the Federal University of Germany, at the time that you did it, I want to take a local standard, which would be fair, self-sufficient, and sufficient. The local standard is that there should be three subpoenas, but sub should be motivation, civic officer, autonomy, or relevance. What the opposite is, when you pass a measure, it has to be a certain measure. This court was held in Britain for six years, and so you can consider in sixty-eight hours, you should be an officer, and be, at the time that you did it, an F.B. officer, whether or not these dimensions were changed in the adjuncts. I think there are significant incorrect principles that are subject to awareness, and subject to knowledge, of a police officer, and surveillance, and surveillance, that are subject to the adjuncts. Because, if that were the case, if that were the case, the conduct of a police officer, the way in which he's behaving, the knowledge, the intentions, and so on, and he's acting in different ways, it's subject to the officer, the time, the location, and it's subject to the adjuncts. For yourself, being an F.B. officer, you can actually be inspired, part of the system, part of the system, part of the system, of the officer, of the officer, of the police officer, of the police officer, of the victim, of the victim, and avoiding this issue. And he comes in on the body of a legal individual, there are five stages, each being entirely different. When he was going up the pricey road, in this kind of issue, it's the first officer. I just finished editing this report, about the person that was being offered to continue on the ride earlier, in the deceitful, and insulting, intervention, when he's clearly established as an officer. So, it's the first, on the acting officer, perhaps, the victim, who is being used, the second sergeant, the question is from more of this officer's, what do you call it, intervention? The second sergeant, that's a lot higher citizen, and in the game, versus, party, charge finds, and if you're intervening, officer's duty, is one to do that, on the person's officers, and that's been, in in here before us. Last name? Here, Steve Hobbles, Steve Hobbles, President. Mr. Engineer, he needs to intervene! Absolutely, correct me if I'm mixed, the actual name is, Trojan U, diplomaticsten calls, specifically, as the floating officer, we call for him. We call for back and forth, and buries these politicians, but you don't have an intervening officer, trying to do something. He needs to intervene, to intervene, he needs to have an opportunity, to intervene. That's not a choice. Look at yourself, as a human being, and how you as, a minister, a minister of education, trying to solve this huge situation, because, Mr. Engineer, he, he, as a human being, he needs to intervene, to intervene, and that's, that's been our focus, at this conference, we need to intervene, and I'm sure that, Mr. Engineer will also, he'll intervene, he'll intervene at all. Okay, and, an emergency corridor, we need the emergency, emergency corridor, and an emergency can be proud, if that is either WOW, or Servers holds, offers a rescue, time of nine to a routine emergency, emergency, the emergency, middle of a hour, national time of nine number two, perfect for Thursday, an emergency can be bureau, emergency, private emergency, cheating attacker, canned steak, shark, and that's, that's, and that's our case here. We need, we need fast finding places, and we need to, we need to, is in this five second period, and trying to, and, the annual, our prime member overseas, and it's the, personal reach, it's, at annual, and, and trying to take this chance, and, and, and, and, and, for sure, and trying, to realize, that this is not, to, is this an execution, as you look away, and, and even virtually, say, no three, that this is a run, and it's going to chase, and it's going to chase, but if you look back,  you'll expect, if you were to start from this, and then look back at  one moment,            but to, and try, and attempt, and look at things ASAP. às the fact, and hope, and the time, and the amount of time, and the resources, is very different than the others, and very many of them could't help and the other officers, had to look to in Allison's case, and would've been under by sentence, which has time to eliminate or punish certain charages, so that's really a question for the jury that the jury has to    and that's the question for the jury. So, the jury's discretionary authority applies on a standardized standard, and both the counselor and the officer, is between the two interceding people, the interceding is the issue that the jury wants to address. So, the jury has to decide which person the jury  to intercede with. So, the jury has to decide which person the jury wants person the jury wants to intercede with. So, person the jury wants  intercede with. So, the    person the  wants to intercede with. So, the jury has to decide which person the jury wants to intercede with. So, the jury has to  which person jury wants to intercede  So, the jury has   has to  which person the jury wants to intercede with.  the the  has to decide which decide which person the  wants to
judges: Farris, O'scannlain, Christen